UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.** CR 19-246 (DLF) |
| | : | |
| v. | : | |
| | : | |
| **PETE CONAN BLUMENTHAL,** | : | |
| Defendant. | : | |

FILED
AUG 16 2019
Clerk, U.S. District and
Bankruptcy Courts

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, Pete Conan Blumenthal, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty, Distribution of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(2).

**Statement of Facts**

On Tuesday November 6, 2018, a Washington Field Office (WFO) online covert employee (OCE) was acting in an undercover capacity as part of the WFO Child Exploitation Task Force operating out of a local office in Washington, D.C. In that capacity, the OCE posted numerous online bulletin messages on specific social media forum known to the OCE as an anonymous website where uses discuss and trade child pornography (CP). This site is a free online chat website that allows users to socialize with others without the need to register. The service randomly pairs users in one-on-one chat sessions where they chat anonymously using the names "You" and "Stranger". Users type in search words and the site pairs them with random strangers who typed in the same search words. In this investigation, the OCE used the following search

words: "sister," "girls," "boys," "perv," "mom," "pre," "kik," "niece," "sex," "dad" and "tiny." The site paired the OCE with only those users who typed in those search words.

On Tuesday November 6, 2018, the OCE entered the website and sent a message to several users with the aforementioned search terms. The message read, "Incest dad at home with niece and daughter today any other dads in the same boat? Or any others watching really yng today???" The OCE concluded the message with his KiK username.[1] The OCE only responded via KiK if a user with whom he was paired contacted his KiK account. No conversation between the OCE and any user occurred directly on the website on which the OCE had posted his message.

On Tuesday November 6, 2018, an individual using KiK username "badchicken33," with a display name of "Pete Blumenthal" (later identified as the defendant, Pete Conan Blumenthal, and herein "BLUMENTHAL"), contacted the OCE's KiK account and began a private chat conversation. During the course of the chat, BLUMENTHAL described himself as a father of three children, residing in Central Nebraska. BLUMENTHAL stated he had two boys, ages 7 and 12, and an 11-year-old daughter. During the course of the chat, the OCE asked BLUMENTHAL, "What do u get into?" BLUMENTHAL responded, "My daughter and I have special cuddle time." BLUMENTHAL later stated, "We touch each other a lot during cuddle time."

During the course, of the chat BLUMENTHAL sent an image of a child that he stated was his daughter. The image depicted a prepubescent girl wearing a yellow top and blue jeans short, standing next to a prepubescent boy wearing a blue "Hurley" T shirt and blue shorts. Both children are standing next to an aircraft with star wars characters behind them. Upon receiving this image, the OCE responded, "Wow very cute." BLUMENTHAL responded, "I know she has nice buds

---

[1] KiK is a free mobile messaging application for cellular devices that allows users to exchange content, including messages, images and videos.

starting to develop too." The OCE then sent BLUMENTHAL an image of his purported 8-year-old daughter.[2] BLUMENTHAL responded, "oh wow nice."

The following is a portion of the chat exchanged between BLUMENTHAL and the OCE:

>OCE: What are you looking to do here
>
>Blumenthal: I don't know really…I love young girls so fuckin much
>
>OCE: Me to
>
>Blumenthal: Was kinda hoping you had some pics to share…I have some but they are on my sd cards at home.
>
>OCE: I'll wait till u get home
>
>OCE: Hit me up then
>
>Blumenthal: Cool…I will for sure…youre not a cop right? Or any kind of agent??
>
>Blumenthal: ????

Blumenthal continued to communicate with the OCE and informed him that he was home. The following is a portion of that chat:

>Blumenthal: Not a cop not gonna turn me in????
>
>OCE: Hell no
>
>OCE: Perv here
>
>Blumenthal: Ok most of these I found browsing the dark web.
>
>OCE: Ok

BLUMENTHAL then sent the OCE several images depicting prepubescent children. The following are among the images BLUMENTHAL sent via KiK to the OCE:

1. An image of a naked prepubescent female child sitting on a bed, with her legs spread wide apart exposing her bare vagina. The child is wearing a pink head band.

2. An image of a naked prepubescent female child sitting on a green sheet/comforter with her legs spread apart, exposing her bare vagina.

---

[2] The image did not depict a real child.

3. An image of a prepubescent female child lying on a white sheet, wearing a red shirt and black stockings. The child's legs are spread apart and her bare vagina is exposed.

4. An image of a prepubescent female child sucking on an erect penis.

5. An image of a prepubescent female child lying on a bed with her legs spread apart, exposing her bare vagina. An adult male face is visible near her vagina.

During the course of the chat, BLUMENTHAL sent the OCE four additional images of his 11 year-old daughter. The images are described as follows:

1. An image of a prepubescent female child lying on a couch or chair, wearing a red shirt and tight black exercise shorts.

2. Another image of the same child described above. The child is pulling up her shirt exposing her bare stomach.

3. Another image of the same child described above and wearing the same outfit as described above, lying on a bed on her back.

4. Another image of the same child described above on the same bed. The child is wearing tight black exercise shorts and appears to be in a "backbend" arching position. The focus of the camera is on the child's clothed pubic.

After sending the images of his daughter, BLUMENTHAL stated to the OCE, "We had a tickle fight…but moms coming home now. I tried to get her to take a picture in her underwear but she wouldn't."

On Wednesday November 7, 2018, the OCE continued to communicate with BLUMENTHAL. BLUMENTHAL stated that he was at work painting aircraft parts. The following is a portion of the chat;

> Blumenthal: Im just trying to figure out how to get mine to be naughty naughty and let me rub my dick on her pussy.
>
> OCE: Yeah what's her reaction when you rub her pussy
>
> OCE: Any more of her on you

>Blumenthal: She likes it…but we have to be completely alone for her to let me…Then she throws her hands behind her head…gets really silent and breathes heavy.
>
>As the exchange continued, the following messages were exchanged:
>
>Blumenthal: I want some of her nude and in underwear
>
>OCE: Nice
>
>Blumenthal: I might have to give her some thc pills or something to make her let me
>
>OCE: Mmmm
>
>Blumenthal: Maybe I can eat her pussy then too.

On Wednesday, November 7, 2018, the FBI conducted open source database inquiries and located a Facebook account associated with the name "Pete Blumenthal." On that Facebook page were images of the same child that BLUMENTHAL sent to the UC. Included on the profile is an image of an adult female and three minor children. The female minor child and one of the male minor children depicted in the photograph are identical in appearance and clothing as those depicted in one of the non-pornographic images sent by "badchicken33" to the OCE.

The FBI further identified the defendant as Pete Conan BLUMENTHAL through subscriber identification and IP access logs it obtained as well as information from law enforcement sensitive databases.

Subsequent to this identification, conversations between BLUMENTHAL and the OCE continued, and in the course of these conversations, BLUMENTHAL sent to the OCE a Dropbox link that was found to contain at least 47 videos containing suspected child pornography and 16 child erotica images.

A United States Magistrate Judge for the District of Columbia signed a warrant for the arrest of BLUMENTHAL for one count of Distribution of Child Pornography pursuant to 18 U.S.C. § 2252(a)(2).

Pursuant to this warrant, BLUMENTHAL was arrested on November 9, 2018 at his workplace in Nebraska. Following his arrest, BLUMENTHAL was advised of his rights and waived them, agreeing to speak with the agents. During the interview, he admitted to using the user name "badchicken33," to sending child pornography to the OCE, and to creating a Dropbox account from which he sent CP as well.

Following the defendant's arrest, a minor female child related to the defendant was forensically interviewed. She disclosed two past instances of sexual abuse by the defendant taking place in Nebraska. Specifically, she stated that when she was approximately 9 years old, BLUMENTHAL "rubb[ed]" the inside of her vagina twice: the first time while her mother was in the shower and she was sitting on BLUMENTHAL's lap, and another time when she was trying to sleep in her bed. She said that during this second time BLUMENTHAL asked her if it felt good and she said no. She said BLUMENTHAL told her not to tell anyone both times.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

Nicholas Miranda
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7-2-19

Pete Conan Blumenthal
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/3/19

Carlos Vanegas
Attorney for Defendant